596

No. 1071. AMERICAN-WEST AFRICAN LINE, INC. *v.* LYDECKER, EXECUTOR. June 2, 1941. Petition for writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Geo. Whitefield Betts, Jr.* for petitioner. *Messrs. Silas B. Axtell* and *Dominick Blasi* for respondent.

No. 1074. SOLVAY PROCESS CO. *v.* NATIONAL LABOR RELATIONS BOARD. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. Justin Moore, Charles Vernon Porter,* and *Edmund M. Preston* for petitioner.

No. 761. CRENSHAW *v.* UNITED STATES. April 7, 1941. The petition for rehearing is granted. The order denying certiorari, 312 U. S. 703, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit is granted. *Messrs. L. E. Gwinn* and *Charles C. Grassham* for petitioner. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Mr. George F. Kneip* for the United States.

No. 584. COMMERCIAL MOLASSES CORP. *v.* NEW YORK TANK BARGE CORP.;

No. 586. NEW YORK, CHICAGO & ST. LOUIS RAILROAD CO. *v.* FRANK;

No. 587. TOUCEY *v.* NEW YORK LIFE INSURANCE CO.;

No. 603. GRAY, DIRECTOR OF THE BITUMINOUS COAL DIVISION OF THE DEPARTMENT OF THE INTERIOR, ET AL. *v.* POWELL ET AL., RECEIVERS; and